AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

United States of America
v.
BENJAMIN THOMAS SAMUEL MCDOWELL

Case No. 4:17-MJ-37

*Defendant*

**Amended**
## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* BENJAMIN THOMAS SAMUEL MCDOWELL,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
Title 18, U.S.C. § 922(9) - Felon in Possession of a Firearm or Ammunition

Date: 2/17/17

*Issuing officer's signature*

City and state: Florence, SC

Kaymani D. West, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 02-16-17, and the person was arrested on *(date)* 02-15-2017
at *(city and state)* Florence, SC.

Date: 02-16-2017

S/A Grant Lowe, FBI
*Arresting officer's signature*

by: Bonnie Walters, Data Analyst
*Printed name and title*